**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6341**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

MICHAEL F. MATTHEWS,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:07-cr-00226-REP-1)

_____

Submitted: June 26, 2014          Decided: June 30, 2014

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael F. Matthews, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael F. Matthews appeals the district court's orders denying his motion to enforce the plea agreement and denying subsequent motions seeking reconsideration or to supplement the motion to enforce the plea agreement. We have reviewed the record and the district court's orders and affirm for the reasons of the district court. See United States v. Matthews, No. 3:07-cr-00226-REP-1 (E.D. Va. Mar. 28, 2013; Feb. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED